| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LATHAM & WATKINS LLP<br>David J. Schindler (Bar No. 130490)<br>  david.schindler@lw.com<br> 355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763 | |

ATTORNEY(S) FOR:  Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>                          Plaintiff(s),<br>               v.<br>VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; et al.<br>(See Attachment for Full Case Caption)<br><br>                          Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff the City of Almaty_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| (See Attachment for Complete Certification and Notice of Interested Parties) | |

| | |
|---|---|
| April 8, 2015<br>Date | /s/ David J. Schindler<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff the City of Almaty

## ATTACHMENT – FULL CASE CAPTION

CITY OF ALMATY, a foreign state,

    Plaintiff,

v.

VIKTOR KHIRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; ILIYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA a/k/a MADINA KHRAPUNOVA, an individual; and DOES 1 through 10,

    Defendants.

## ATTACHMENT – CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION / INTEREST |
|---|---|
| ELVIRA KHRAPUNOV a/k/a ELVIRA KUDRYASHOVA a/k/a ELVIRA BALMADANI, an individual | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| DMITRI KUDRYASHOV, an individual | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| RPM USA, LLC, a New York corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| RPM-MARO LLC, a New York corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| MARO DESIGN LLC, a California corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| HAUTE HUE LLC, a California corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| 628 HOLDINGS LLC, a California corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| CANDIAN INTERNATIONAL LTD., a British Virgin Islands corporation | Defendant in related case no. 2:14-cv-03650-FMO-CW |

| PARTY | CONNECTION / INTEREST |
|---|---|
| ELVIRA KUDRYASHOVA AS TRUSTEE FOR THE KASAN FAMILY TRUST | Defendant in related case no. 2:14-cv-03650-FMO-CW |
| DMITRI KUDRYASHOV AS TRUSTEE FOR THE KASAN FAMILY TRUST | Defendant in related case no. 2:14-cv-03650-FMO-CW |