**LATHAM & WATKINS LLP**
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Manny Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
    *julie.gerchik@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIKTOR KHRAPUNOV, an individual, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02628-FMO-CW<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF CITY OF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, ON THE BASIS OF *FORUM NON CONVENIENS***<br><br>Action Filed: April 15, 2015<br><br>Hearing Date: September 24, 2015<br>Time: 10:00 a.m.<br>Courtroom: 22 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF
ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION

# DECLARATION OF JULIE R. F. GERCHIK

1. I, Julie R. F. Gerchik, have personal knowledge of the facts set forth herein and, if called to do so, could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California. I am an attorney at Latham & Watkins LLP, and I am counsel for Plaintiff City of Almaty ("Plaintiff" or "Almaty") in this case.

3. Attached hereto as **Exhibit 1, Bates-numbered GE0000295-301,** is an email chain with the subject line "Fwd: Re: 606 N Alta-STATUS UPDATE," between Defendant Iliyas Khrapunov ("Iliyas"), his attorney, Mark Gillieron, his real estate agent, Zach Goldsmith, and his escrow agent, Mark Fishman, with emails dated between December 23 and 29, 2011. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case *City of Almaty v. Viktor Khrapunov et al.*, No 2:14-cv-03650 FMO-CW (C.D. 2014) ("Almaty I") in May of 2015. I certify that **Exhibit 1** is a true and correct copy of the document received in my office.

4. Attached hereto as **Exhibit 2** is an email chain between Iliyas, his attorney, Mark Gillieron, his real estate agent, Zach Goldsmith, and his attorney, Ramsey Hanna, dated November 16, 2012. This document was produced to my office by Hilton & Hyland Real Estate Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 2** is a true and correct copy of the document received in my office. Pursuant to a protective order, this document is filed under seal.

5. Attached hereto as **Exhibit 3** is an email between Iliyas, Elvira Kudryashova "Elvira," a defendant in the related case, and their real estate agent, Zach Goldsmith. The email was sent on November 20, 2011. This document was produced to my office by Hilton & Hyland Real Estate Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 3** is a true and correct copy of the document received in my office. Pursuant to a protective order, this

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

document is filed under seal.

6. Attached hereto as **Exhibit 4** is a true and correct copy of bank records for Elvira, a defendant in related case Almaty I, produced by Wells Fargo, N.A. Bank ("Wells Fargo") in response to a subpoena. I certify that **Exhibit 4** is a true and correct copy of the documents received in my office from Wells Fargo. Due to the confidential contents, this document is filed under seal.

7. Attached hereto as **Exhibit 5** is a true and correct copy of bank records for RPM-MARO LLC, a defendant in related case Almaty I, produced by JPMorgan Chase Bank, NA ("JP Morgan") in response to a subpoena. I certify that **Exhibit 5** is a true and correct copy of the documents received in my office from JP Morgan. Due to the confidential contents, this document is filed under seal.

8. Attached hereto as **Exhibit 6, Bates-numbered GE0000697,** is an email with the subject line "628 N. Alta – Buyer contact information" between Zach Goldsmith, Iliyas's real estate agent, and Mark Fishman, Iliyas's escrow agent, dated November 26, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 6** is a true and correct copy of the document received in my office from Granite Escrow Services.

9. Attached hereto as **Exhibit 7** are bank records for Elvira and Defendant Leila Khrapunova ("Leila"). These documents were produced to my office by Wells Fargo in response to a subpoena in related case Almaty I on June 16, 2015. I certify that **Exhibit 7** is a true and correct copy of the documents received by my office from Wells Fargo.

10. Attached as **Exhibit 8, Bates-numbered COA0000352-53,** is a true and correct copy of a Resolution from the Department for State Assets and Privatization of the Ministry of Finance of the Republic of Kazakhstan, privatizing Almaty-Demalys, dated September 22, 1998. Upon information and belief the document is in Russian. This document was produced by Plaintiff in Almaty I.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF
ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION

Pursuant to a protective order, this document is filed under seal.

11. Attached as **Exhibit 9** is a certified translation of Exhibit 8, the Resolution from the Department of State Assets and Privatization of the Ministry of Finance of the Republic of Kazakhstan. In its certification, the translator identified the document by its identification number, CTRL-HC-20150523-00000881, not its Bates number. I certify that CTRL-HC-20150523-00000881 is the same document that was produced by Plaintiff in Almaty I as COA0000352-53. Pursuant to a protective order, this document is filed under seal.

12. Attached as **Exhibit 10, Bates-numbered COA0000362-366,** is a true and correct copy of a meeting memorandum for Almaty-Demalys entitled "Memorandum of Closed Joint Stock Company Almaty-Demalys," dated May 15, 2000. Upon information and belief the document is in Russian. This document was produced by Plaintiff in Almaty I. Pursuant to a protective order, this document is filed under seal.

13. Attached as **Exhibit 11** is a certified translation of Exhibit 10, the meeting memorandum for Almaty-Demalys entitled "Memorandum of Closed Joint Stock Company Almaty-Demalys," dated May 15, 2000. Pursuant to a protective order, this document is filed under seal.

14. Attached as **Exhibit 12, Bates-numbered COA0000071-72,** is a true and correct copy of the contract between Kuandyk Mukhambetgalievich Biskultanov acting on behalf of Almaty-Demalys and Viled Establishment for 49% of the state-owned block of shares, dated April 18, 2001. The document is entitled "Contract for sale of state-owned block of shares." Upon information and belief the document is in Russian. This document was produced by Plaintiff in Almaty I.

15. Attached as **Exhibit 13** is a certified translation of Exhibit 12, the contract between Kuandyk Mukhambetgalievich Biskultanov acting on behalf of Almaty-Demalys and Viled Establishment for 49% of the state-owned block of shares, dated April 18, 2001. Pursuant to a protective order, this document is filed under

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1 seal.

2 16. Attached as **Exhibit 14, Bates-numbered COA0000045-46,** is a true and correct copy of a resolution from Defendant Viktor Khrapunov ("Viktor"), acting as Mayor of the City of Almaty, resolving to sell land at the 232 Gornaya St. address into private ownership to Almaty-Demalys, entitled "No. 1024/75," dated November 13, 2000. Upon information and belief the document is in Russian. This document was produced by Plaintiff in Almaty I. Pursuant to a protective order, this document is filed under seal.

17. Attached as **Exhibit 15** is a certified translation of Exhibit 14, a resolution from Viktor, acting as Mayor of the City of Almaty, resolving to sell land at the 232 Gornaya St. address into private ownership to Almaty-Demalys, entitled "No. 1024/75," dated November 13, 2000. Pursuant to a protective order, this document is filed under seal.

18. Attached as **Exhibit 16, Bates-numbered COA0001065,** is a true and correct copy of the registration document for Almaty-Demalys, dated August 28, 2003. Upon information and belief the document is in Russian. This document was produced by Plaintiff in Almaty I. Pursuant to a protective order, this document is filed under seal.

19. Attached as **Exhibit 17** is a certified translation of Exhibit 16, the registration documents for Almaty-Demalys, dated August 28, 2003. In her certification, the translator identified the document by its identification number, CTRL-ED-20150624-0000001_31, not its Bates number COA0001065. I certify that CTRL-ED-20150624-0000001_31 is the same document that was produced by Plaintiff in Almaty I as COA0001065. Pursuant to a protective order, this document is filed under seal.

20. Attached as **Exhibit 18, Bates-numbered COA0001035-36,** is a true and correct copy of the Resolution from Karasha Plus LLP transferring the 232 Gornaya St. property, dated October 3, 2003. Upon information and belief the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

document is in Russian.  This document was produced by Plaintiff in Almaty I.  Pursuant to a protective order, this document is filed under seal.

21. Attached as **Exhibit 19** is a certified translation of Exhibit 18, the Resolution from Karasha Plus LLP transferring the 232 Gornaya St. property, dated October 3, 2003.  In the certification, the translator identified the document by its identification number, CTRL-ED-20150624-0000001, not its Bates number COA0001035.  I certify that the CTRL-ED-20150624-0000001 is the same document that was produced by Plaintiff in Almaty I as COA0001035.  Pursuant to a protective order, this document is filed under seal.

22. Attached as **Exhibit 20**, **Bates-numbered COA0000406,** is a true and correct copy of the Agreement of the Assets Transfer to the Authorized Capital of Partnership, transferring the 232 Gornaya St. property, dated October 6, 2003.  Upon information and belief, the document is in Russian. This document was produced by Plaintiff in Almaty I.  Pursuant to a protective order, this document is filed under seal.

23. Attached as **Exhibit 21** is a certified translation of Exhibit 20, the Agreement of the Assets Transfer to the Authorized Capital of Partnership, transferring the 232 Gornaya St. property, dated October 6, 2003.  Pursuant to a protective order, this document is filed under seal.

24. Attached as **Exhibit 22**, **Bates-numbered COA0000055-58**, is a sales contract between Building Service Company LLP and Stroytex LLP, dated October 7, 2003.  Upon information and belief the document is in Russian.  This document was produced by Plaintiff in Almaty I.  Pursuant to a protective order, this document is filed under seal.

25. Attached as **Exhibit 23** is a certified translation of Exhibit 22, a sales contract between Building Service Company LLP and Stroytex LLP, dated October 7, 2003.  Pursuant to a protective order, this document is filed under seal.

26. Attached as **Exhibit 24, Bates-numbered GE0000005,** is a final statement

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

for the purchase of the property located at 606 N. Alta Drive, Beverly Hills, CA, entitled "Master Final Settlement Statement" and dated March 15, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena served in related case Almaty I. I certify that **Exhibit 24** is a true and correct copy of the document received in my office from Granite Escrow Services.

27. Attached as **Exhibit 25, Bates-numbered GE0000199,** is a copy of the Amended Escrow Instructions for 606 N. Alta Drive, Beverly Hills, CA, dated February 8, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena served in related case Almaty I. I certify that **Exhibit 25** is a true and correct copy of the document received in my office from Granite Escrow Services.

28. Attached as **Exhibit 26** is a copy of email chains relating to a final walk-through and account set-up for the property at 606 N. Alta Drive, Beverly Hills, CA, between Elvira and Zach Goldsmith, Iliyas, Iliyas's attorney, and Mark Gillieron. This document was produced to my office by Hilton & Hyland Real Estate Service in response to a subpoena in related case Almaty I. I certify that **Exhibit 26** is a true and correct copy of the document received in my office. Pursuant to a protective order, this document is filed under seal.

29. Attached as **Exhibit 27** is a copy of a wire transfer for $163,492.50 from Compagnie Privee De Conseils Et D'I in Switzerland and Citibank, New York to Granite Escrow Services in Beverly Hills, CA for the 606 N. Alta Drive property in Beverly Hills, CA, dated December 30, 2011. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 27** is a true and correct copy of the document received in my office from Granite Escrow Services.

30. Attached as **Exhibit 28, Bates-numbered GE0000329-30,** is a copy of a wire transfer for $5,366,212.53 from Chabrier & Associates in Switzerland and to Granite Escrow Services to the Beverly Hills Trust Account for the 606 N. Alta

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Drive property in Beverly Hills, CA, dated March 15, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 28** is a true and correct copy of the document received in my office from Granite Escrow Services.

31. Attached as **Exhibit 29** is an email between Iliyas, his real estate agent, Zach Goldsmith, and his sister, Elvira, dated November 28, 2012. This document was produced to my office by Hilton & Hyland Real Estate Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 29** is a true and correct copy of the document received in my office. Pursuant to a protective order, this document is filed under seal.

32. Attached as **Exhibit 30, Bates-numbered GE0000610,** is an email with the subject line "Re: 606 N. Alta Drive" between Zach Goldsmith, Iliyas's real estate agent, and Mark Fishman, Iliyas's escrow agent, dated January 11, 2013. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 30** is a true and correct copy of the document received in my office from Granite Escrow Services.

33. Attached as **Exhibit 31, Bates-numbered GE0000707-708** is a copy of a wire transfer for $5,997,956.15 from Vilder Company S.A. to Granite Escrow Services in Beverly Hills, CA for the 628 N. Alta Drive property in Beverly Hills, CA, dated January 18, 2013. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I certify that **Exhibit 31** is a true and correct copy of the document received in my office from Granite Escrow Services.

34. Attached as **Exhibit 32, Bates-numbered GE0000705-806** is a copy of a wire transfer for $186,000.00 from Vilder Company S.A. to Granite Escrow Services in Beverly Hills, CA for the 628 N. Alta Drive property in Beverly Hills, CA, dated November 30, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena in related case Almaty I. I

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

7

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1  certify that **Exhibit 32** is a true and correct copy of the document received in my

2  office from Granite Escrow Services.

3  35.     Attached as **Exhibit 33, Bates-numbered GE0000580,** is a copy of the

4  closing documents for the property at 628 N. Alta Drive, Beverly Hills, CA. This

5  document was produced to my office by Granite Escrow Services in response to a

6  subpoena in related case Almaty I.  I certify that **Exhibit 33** is a true and correct

7  copy of the document received in my office from Granite Escrow Services.

8  36.     Attached as **Exhibit 34, Bates-numbered GE0000490-494,** is a copy of an

9  assignment agreement between the tenant at 628 N. Alta Drive, Beverly Hills CA

10 and 628 Holdings LLC.  This document was produced to my office by Granite

11 Escrow Services in response to a subpoena in related case Almaty I.  I certify that

12 **Exhibit 34** is a true and correct copy of the document received in my office from

13 Granite Escrow Services.

14 37.     Attached as **Exhibit 35** are true and correct copies of excerpts from the

15 transcript of the deposition of Michael Woloz, Volume I, taken on June 9, 2015.

16 38.     Attached as **Exhibit 36** is a copy of the Orbis for SDG Capital SA,

17 containing information that is available to the public, including records, company,

18 structure, and Capital IQ.  It was obtained from a website maintained by Bureau

19 van Dyke and is publically available here:  http://www.bvdinfo.com/en-gb/home.

20 39.     Attached as **Exhibit 37** is copy of an exhibit from a related New York

21 action, *Triadou SPV, S.A. v. CF 135 Flat LLC, CFWest Member LLC, and The

22 Chetrit Group LLC*, Index No. 654362 (June 10, 2015) (Dkt. No. 74, Ex. B).

23 40.     Attached as **Exhibit 38** is a copy of a Motion for Summary Judgment from

24 the related New York action, *Triadou SPV, S.A. v. CF 135 Flat LLC, CFWest

25 Member LLC, and The Chetrit Group LLC*, Index No. 654362 (Nov. 10, 2014)

26 (Dkt. No. 3) (granting motion for summary judgment for Triadou SPV, S.A.).

27 41.     Attached as **Exhibit 39** is a copy of an Ex Parte Application from the related

28 New York action, *Triadou SPV, S.A. v. CF 135 Flat LLC, CFWest Member LLC,*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

8

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF
ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION

*and The Chetrit Group LLC*, Index No. 654362 (Mar. 30, 2015) (Dkt. No. 45) (Defendants The Chetrit Group LLC, CF135 Flat LLC, and CF 135 West Member LLC filed an ex parte application to stay the judgment in favor of Triadou SPV S.A.).

42.  Attached as **Exhibit 40** is a copy of the website maintained by the Columbia University Press, promoting <u>Nazarbayev-Our Friend the Dictator</u>, a book by Viktor Khrapunov for sale on October of 2015 at the price of $15.99.  It is publically available here:

http://cup.columbia.edu/book/nazarbayev-our-friend-the-dictator/9783838208077

43.  Attached as **Exhibit 41,** is an email sent from Zach Goldsmith, Iliyas's real estate agent, dated November 16, 2012.  This document was produced to my office by Hilton & Hyland Real Estate Services in response to a subpoena in related case Almaty I.  I certify that **Exhibit 41** is a true and correct copy of the document received in my office.  Pursuant to a protective order, this document is filed under seal.

44.  Attached as **Exhibit 42** is a copy of Viktor's personal website, detailing biographical information.   It is publically available here:

http://www.leila-khrapunova.com/en/family_/husband/

45.  Attached as **Exhibit 43** is a copy of Leila's personal website, detailing biographical information.   It is publically available here:

http://www.viktor-khrapunov.com/en/biography/


Dated:  August 21, 2015                LATHAM & WATKINS LLP


                                       By:  /s/
                                            Julie R. F. Gerchik

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

9

DECLARATION OF JULIE R. F. GERCHIK IN SUPPORT OF PLAINTIFF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION