**Mark Fishman**

| | |
|---|---|
| **From:** | zach goldsmith <zjgoldsmith@gmail.com> |
| **Sent:** | Thursday, December 29, 2011 9:29 AM |
| **To:** | Mark Fishman |
| **Subject:** | Fwd: RE: 606 N Alta - STATUS UPDATE |

---------- Forwarded message ----------
From: "Elodie Grumeau" <grumeau@chabrier.ch>
Date: Dec 29, 2011 9:55 AM
Subject: RE: 606 N Alta - STATUS UPDATE
To: "zach goldsmith" <zjgoldsmith@gmail.com>
Cc: "Iliyas Khrapunov" <IKhrapunov@sdg.ch>, "Marc Gilliéron" <mg@chabrier.ch>

Dear Sir,

The bank confirms the payment will be made tomorrow.

I will send you the swift.

Without contrary advice of Mr. Khrapunov, you can send the documents to our office in Geneva, attn. Mr. Marc GILLIERON.

Best regards,

*Elodie GRUMEAU*
*Assistant, Commercial Group*

**CHABRIER AVOCATS**
Affiliated to Reed Smith

**Geneva**
3, Rue du Mont-Blanc, CP 1363, 1211 Geneva 1
Tel   +41 (0) 22 702 07 00
Fax   +41 (0) 22 702 07 01

**Lausanne**
50, Avenue de la Gare, CP 730, 1001 Lausanne 1
Tel   +41 (0) 21 318 80 00
Fax   +41 (0) 21 318 80 01

1

GE0000295

EXHIBIT 1

www.chabrier.ch

**De :** zach goldsmith [mailto:zjgoldsmith@gmail.com]
**Envoyé :** jeudi 29 décembre 2011 17:41
**À :** Iliyas Khrapunov; Elodie Grumeau; Marc Gilliéron
**Cc :** Mark Fishman
**Objet :** 606 N Alta - STATUS UPDATE

Do we know if the deposit has gone through?

Also, what address do you wish all the Escrow paperwork to go to and to whose attention?

On Dec 27, 2011 10:56 AM, "Elodie Grumeau" <grumeau@chabrier.ch> wrote:

Thank you.


Best regards,



*Elodie GRUMEAU*
*Assistant, Commercial Group*

**CHABRIER AVOCATS**
Affiliated to **Reed Smith**

**Geneva**
3, Rue du Mont-Blanc, CP 1363, 1211 Geneva 1
Tel    +41 (0) 22 702 07 00
Fax   +41 (0) 22 702 07 01

**Lausanne**
50, Avenue de la Gare, CP 730, 1001 Lausanne 1
Tel    +41 (0) 21 318 80 00
Fax   +41 (0) 21 318 80 01

www.chabrier.ch

2

GE0000296

EXHIBIT 1



**De :** Mark Fishman [mailto:mfishman@graniteescrow.com]
**Envoyé :** mardi 27 décembre 2011 18:53
**À :** 'zach goldsmith'
**Cc :** Elodie Grumeau
**Objet :** RE: RE: 606 N Alta - STATUS UPDATE

City National Bank's SWIFT Code is:

**CINAUS6L**

# Mark Fishman

Granite Escrow Services

439 N. Canon Drive, Suite 220

Beverly Hills, CA  90210

mfishman@graniteescrow.com

(310)288-0110 Ext 2600

(310) 684-3080 (private fax)


Assistant's

Jo Ann  310-288-0110 ext 2601      jfrederiksen@graniteescrow.com

Monica  310-288-0110 ext 2603    mpalma@graniteescrow.com

Josh     310-288-0110  ext 2604    jlinden@graniteescrow.com

GE0000297

EXHIBIT 1



**From:** zach goldsmith [mailto:zjgoldsmith@gmail.com]
**Sent:** Tuesday, December 27, 2011 9:50 AM
**To:** Mark Fishman
**Subject:** Fwd: RE: 606 N Alta - STATUS UPDATE

Please see below re swift code

--------- Forwarded message ----------
From: "Elodie Grumeau" <grumeau@chabrier.ch>
Date: Dec 27, 2011 6:49 AM
Subject: RE: 606 N Alta - STATUS UPDATE
To: "zjgoldsmith@gmail.com" <zjgoldsmith@gmail.com>
Cc: "KGoldman@reedsmith.com" <KGoldman@reedsmith.com>, "RHolzman@reedsmith.com"
<RHolzman@reedsmith.com>, "Marc Gilliéron" <mg@chabrier.ch>, "Iliyas Khrapunov"
<IKhrapunov@sdg.ch>

Dear Sir,

Further to your email below, we have instructed the bank to proceed to the payment. Unfortunately, the bank
needs the swift/bic code which is not mentioned in the wiring instructions.

Kindly provide us with it and as soon as I receive it, the payment could be made.

Thanks in advance.

Best regards,


Elodie GRUMEAU
Assistant, Commercial Group
CHABRIER AVOCATS
Affiliated to Reed Smith
Geneva
3, Rue du Mont-Blanc, CP 1363, 1211 Geneva 1
Tel    +41 (0) 22 702 07 00
Fax   +41 (0) 22 702 07 01

Lausanne
50, Avenue de la Gare, CP 730, 1001 Lausanne 1
Tel    +41 (0) 21 318 80 00
Fax   +41 (0) 21 318 80 01
www.chabrier.ch

GE0000298

EXHIBIT 1

----- Message d'origine -----
De : zach goldsmith <zjgoldsmith@gmail.com>
À : Iliyas Khrapunov <IKhrapunov@sdg.ch>
Cc : KGoldman@reedsmith.com <KGoldman@reedsmith.com>; RHolzman@reedsmith.com
<RHolzman@reedsmith.com>; Marc Gilliéron
Envoyé : Sun Dec 25 04:09:28 2011
Objet : Re: 606 N Alta - STATUS UPDATE

The initial deposit of 3% of the purchase price ($5,450,000) to be wired is $163,500 usd. Wire through Granite
Escrow.

Contact me with any questions.

Best,

Zach

On Saturday, December 24, 2011, Iliyas Khrapunov <IKhrapunov@sdg.ch> wrote:
> Hi Zach,
>
> Great news. Can you please let Marc know the exact amount to send. I do not think that Marc has the escrow
instructions.
>
> Marc, can you please send once you have all the elements.
>
> We need to work out the exact ownership structure.
>
> Regards,
>
> Iliyas
> -------------------------
> Sent using BlackBerry
>
>
> ----- Original Message -----
> From: zach goldsmith <zjgoldsmith@gmail.com>
> To: Iliyas Khrapunov; Iliyas Khrapunov
> Cc: Goldman, Kenneth A. <KGoldman@reedsmith.com>; Holzman, Ruth N. <RHolzman@reedsmith.com>;
mg@chabrier.ch <mg@chabrier.ch>
> Sent: Sat Dec 24 04:17:02 2011
> Subject: 606 N Alta - STATUS UPDATE
>
> The commitment to stand by your position has just paid off.  Congratulations, the Seller's of 606 N. Alta have
just accepted your offer of $5,450,000 usd. Well achieved, considering it was originally listed for just under
$10,000,000.
>
> Attached you will find the fully executed offer and accompanying Counter Offers 1,2,3 &4.
>
> You should have the wiring instructions for the initial deposit in your possession (sent yesterday).
>
> Inspections can be setup for early next week.

GE0000299

EXHIBIT 1

> Escrow details and specific timeline to follow.
>
> Please contact me with any questions.
>
> Best,
>
> Zach
>
>
> Zach Goldsmith
> 310 908-6860 (mobile)
> zach@hiltonhyland.com
>
>
>
> ---------- Forwarded message ----------
> From: Kennon Earl <kennon@rarepropertiesinc.com>
> Date: Fri, Dec 23, 2011 at 5:24 PM
> Subject: FW: 606 N Alta Acceptance
> To: "zjgoldsmith@gmail.com" <zjgoldsmith@gmail.com>
> Cc: Nancie Richards <nancierichards@yahoo.com>, "sr@weahomes.com" <sr@weahomes.com>, Tom
Davila <tom@rarepropertiesinc.com>, Victoria Romeyn <victoria@rarepropertiesinc.com>
>
>
>
>
> Zach,
>
>
>
> Attached please find the executed contract.  I've spoken to Mark Fishman and he assigned the escrow number
5257-MF.  I believe you got the wiring instructions from him.
>
>
>
> Please let me know that you received this.
>
>
>
> Thanks.
>
>
>
> Kennon
>
>
>
>
>

6

EXHIBIT 1

CONFIDENTIALITY: This e-mail and any attachments are confidential and may also be privileged. If you are not the designated recipient, please notify the sender immediately by reply e-mail and destroy all copies (digital and paper). Any unauthorised disclosure, distribution, copying, storage or use of this message or any attachment is strictly prohibited and may be unlawful.

DISCLAIMER: There are risks in communicating by e-mail, such as data corruption, delay, interception and unauthorized amendment for which we do not accept liability. Anyone who communicates with us by e-mail assumes such risks.

CONFIDENTIALITY: This e-mail and any attachments are confidential and may also be privileged. If you are not the designated recipient, please notify the sender immediately by reply e-mail and destroy all copies (digital and paper). Any unauthorised disclosure, distribution, copying, storage or use of this message or any attachment is strictly prohibited and may be unlawful.

DISCLAIMER: There are risks in communicating by e-mail, such as data corruption, delay, interception and unauthorized amendment for which we do not accept liability. Anyone who communicates with us by e-mail assumes such risks.

CONFIDENTIALITY: This e-mail and any attachments are confidential and may also be privileged. If you are not the designated recipient, please notify the sender immediately by reply e-mail and destroy all copies (digital and paper). Any unauthorised disclosure, distribution, copying, storage or use of this message or any attachment is strictly prohibited and may be unlawful.

DISCLAIMER: There are risks in communicating by e-mail, such as data corruption, delay, interception and unauthorized amendment for which we do not accept liability. Anyone who communicates with us by e-mail assumes such risks.

GE0000301

EXHIBIT 1

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

**Mark Fishman**

| | |
|---|---|
| **From:** | Zach Goldsmith <zjgoldsmith@gmail.com> |
| **Sent:** | Monday, November 26, 2012 3:27 PM |
| **To:** | 'Mark Fishman'; 'Rhonda Sanders' |
| **Subject:** | 628 N. Alta - Buyer contact information |

Here are the contact emails for the Buyer/s and their reps.

IKhrapunov@sdg.ch - Iliyas Khrapunov (Iliyas is the boss. He is the main guy who controls the entity and makes the decisions. He should always be the first in the "To" line for emails).

elvirakudryashova@yahoo.com – Elvira Kudryashova (Elvira is Iliyas's sister and really only needs to be copied on emails that involve a point person on the ground here)

mg@chabrier.ch – Marc Chabrier – (Marc is Iliyas's attorney in Switzerland and has power of attorney to sign everything. He should be cc'd on all correspondence).

rhanna@reedsmith.com - Ramsey Hanna (Ramsey is Iliyas's attorney here in Los Angeles and should be cc'd on all correspondence).

Rhonda, please send the customary welcome/intro email to them. Note: I have already sent them a list of inspectors for their review. Please address it to Iliyas and Elvira and copy the other two. Lastly, I will be the only one present at inspections so we'll need to setup credit card payments for all the inspections. Please provide that info for Elvira. Thanks

Mark, you have already forwarded wiring info so we're good there. If you'd like to send an introductory email feel free.

I will forward you both the purchase agreement and counters.

Let me know what else you need from me.

Zach



**ZACH GOLDSMITH**
Hilton & Hyland
Exclusive Affiliate of Christie's International Real Estate
250 North Canon Drive, Beverly Hills, CA 90210

C : 310.908.6860 | O : 310.492.0744
zach@hiltonhyland.com
zachgoldsmith.com

1

GE0000697

EXHIBIT 6

# Deposit Summary

Deposit Date:                    2/27/2014

Account Number;                  ███████████

Total Items:                     9

Deposit Amount:                  7916.4

Deposit Sequence:

Debit/Credit:

Imagekey:

CDVolume:

WF0001388

EXHIBIT 7

**Deposit:**

WELLS FARGO

(Check One)    ☐ Checking    ☐ Savings    ☐ Money Market Access    ☐ Command

|  |  |  |
|---|---|---|
| Account Number | Date 02/27/14 | Cash |
| * ▮▮▮▮ |  | Total Checks 7916.40 |

Please print Name  *Elvira Kudryashone*

Please print Street Address City State Zip Code

|  |  |
|---|---|
|  | Subtotal |
| Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse. | Minus cash back |
|  | Total $ 7916.40 |

Please sign in teller's presence for cash received. Two forms of ID may be required for cash back transactions.

X

| Bank Use Only When SAT is Not Available | | | |
|---|---|---|---|
| Customer Id | Exp date | Token verified (✓) | Approval |

$7,916.40   02-27-14   12:04PM
36 0000645 001000
PT 511400377 -▮ ▮▮▮▮▮

CASH COUNT FOR BANK USE
TOTAL CHECKS
CHECKS

TOTAL $
X 1
X 2
X 5
X 10
X 20
X 50
X 100

WELLS FARGO BANK NA ENT
20140227 E0021   PKT 04

AMOUNT

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | 774952356 | $7,916.40 | ▮▮▮ | ▮▮▮ |

| Item Sequence | Debit/Credit | Image Key | CD Volume |
|---|---|---|---|
| ▮▮▮ | CR | ▮▮▮ | ▮▮▮ |

Page 2

WF0001389

EXHIBIT 7

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK · HOLD UP TO THE LIGHT TO VERIFY

**SunbriteTV**
2001 Anchor Court
Thousand Oaks, CA 91320

Zions Bank
One South Main Street
Salt Lake City, Utah 84133
31-5/1240

**25510**

| DATE | 12/18/13 |
|------|----------|
| AMOUNT | $400.00 |

PAY ⇨ **4 0 0** 00 CENTS
ONLY Four Zero Zero

PAY   ***Four Hundred & No/100 Dollars

TO THE
ORDER
OF

ELVIRA KUDRYASHOVA
11986 LOCKRIDGE ROAD
STUDIO CITY, CA  91604

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

⑈025510⑈

WELLS FARGO BANK NA EXT
20140227 E6621  PKT 94

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|-----------|-------------|-------------|--------------|---------|
| 02/27/2014 | 25510 | $400.00 | | |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| | DB | | | |

Page 3

WF0001390

EXHIBIT 7

**ZACHARY J. GOLDSMITH**
4555 VAN NOORD AVE
STUDIO CITY, CA 916041014

90-7172 /287
3222

672

Date 11/22/13

Pay to the order of *Elvira Kudryashova* _____ $ 500.00

*five hundred + no/100* _____

**citibank**

CITIBANK, N.A. BR #287
9401 WILSHIRE BLVD
BEVERLY HILLS, CA 90212

Memo *dining room set*

0672

WELLS FARGO BANK NA EMT
20140227 F8021   PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | | $500.00 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | DB | | | |

Page 4

WF0001391

EXHIBIT 7

THIS CHECK HAS A MICROPRINT BORDER AND THE PAPER CONTAINS TRUE WATERMARK - HOLD TO LIGHT TO VIEW WATERMARK

**PORSCHE**

JP Morgan Chase Bank, NA
Chicago, IL

70-2322 / 719

Account Number

Porsche Financial Services
4343 Commerce Court, Suite 300
Lisle, IL 60532

Date          Check No.
12/12/2013    120887

*** THREE HUNDRED TWENTY-TWO USD and 10/100 ***

***********322.10* USD

Two Signatures Required over $10,000

ELVIRA KUDRYASHOVA
2578 HUTTON DR
BEVERLY HILLS CA  90210

By:

Its: Treasurer

⑈⑈120887⑈⑈

WELLS FARGO BANK NA EMT
20140227 F9621  PKT A4

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|-----------|-------------|-------------|--------------|---------|
| 02/27/2014 | 120887 | $322.10 | | |

| Item Sequence | Debit/Credit | Image Key | CD Volume |
|---------------|--------------|-----------|-----------|
| | DB | | |

Page 5

WF0001392

EXHIBIT 7



| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | 45211 | $30.00 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | DB | | | |

Page 6

WF0001393

EXHIBIT 7

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

BancBox  Giftrocket
FBO Gerard Karsenty NA
PO BOX 25539
San Mateo, CA 94402
8883484543

Five Star Bank
6810 Five Star Blvd., Suite 100
Rocklin, CA 95677

90-4303/1211          40265

**DATE**
12/12/2012

**NET AMOUNT**
$25.00

Transaction ID:     19199371
Post to account:    0
Note:               Your Giftrocket Redemption Check

**PAY THE SUM OF**   Twenty Five Dollars

**TO THE ORDER OF**
•••••••••••••••••••••••SINGLP 983
Elvira Kudryashova
2578 HUTTON DR
BEVERLY HILLS, CA 90210-1212

AUTHORIZED SIGNATURE
VOID AFTER 180 DAYS

⑈0000040265⑈



WELLS FARGO BANK NA EMT
20140227 E0021   PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | 40265 | $25.00 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | DB | | | |

Page 7

WF0001394

EXHIBIT 7

44781

**THE REALREAL, INC.**
1980 OAKDALE AVE.
SAN FRANCISCO, CA 94124

SQUARE 1 BANK
66-1261-531

2/14/2014

PAY TO THE
ORDER OF____ Leila Khrapunova _____ $  **2,165.10

Two Thousand One Hundred Sixty-Five and 10/100************************************ DOLLARS

Leila Khrapunova
11986 Lockridge Rd,
Studio City, CA
91604

AUTHORIZED SIGNATURE

MEMO

⑈044781⑈



WELLS FARGO BANK NA EXT
20140227 E0621  PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | 44781 | $2,165.10 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | DB | | | |

Page 8

WF0001395

EXHIBIT 7

**THE REALREAL, INC.**
1980 OAKDALE AVE.
SAN FRANCISCO, CA 94124

SQUARE 1 BANK
66-1261-531

38515

12/16/2013

PAY TO THE
ORDER OF _Leila Khrapunova_                                    $ **2,962.20

_Two Thousand Nine Hundred Sixty-Two and 20/100_*************************************** DOLLARS

Leila Khrapunova
11986 Lockridge Rd.
Studio City, CA
91604

MEMO

AUTHORIZED SIGNATURE

⑆038515⑆

WELLS FARGO BANK NA ENT
20140227 E0021   PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|-----------|-------------|-------------|--------------|---------|
| 02/27/2014 | 38515 | $2,962.20 | | |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| | DB | | | |

Page 9

WF0001396

EXHIBIT 7

40777

**THE REALREAL, INC.**
1980 OAKDALE AVE.
SAN FRANCISCO, CA 94124

SQUARE 1 BANK
66-1261-531

1/15/2014

PAY TO THE
ORDER OF ___ Leila Khrapunova _____ $  **1,512.00

One Thousand Five Hundred Twelve and 00/100**************************************************** ___ DOLLARS

Leila Khrapunova
11986 Lockridge Rd,
Studio City, CA
91604

MEMO

AUTHORIZED SIGNATURE

⑆040777⑈

WELLS FARGO BANK NA EKT
20140227 E0021  PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 02/27/2014 | 40777 | $1,512.00 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | DB | | | |

Page 10

WF0001397

EXHIBIT 7

## Deposit:

(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

\*   Account Number

Date **04/17/14**

Cash

Total Checks **65000**

Subtotal

Minus cash back

Total **$** **65000.**

Please print Name

Please print Street Address City State Zip Code

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.

Please sign in teller's presence for cash received. Two forms of ID may be required for cash back transactions.

X

Bank Use Only - When SVT is Not Available.

| Customer Id | Exp date | Token Verified (✓) | Approval |
|---|---|---|---|

$65,000.00   04/17/14   12:23PM
36 0000645 0020003
FT

WELLS FARGO BANK NA ENT
20140417 F0017   PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 04/17/2014 | 697772668 | $65,000.00 | | |
| Item Sequence | Debit/Credit | Image Key | CD Volume | |
| | CR | | | |

Page 11

WF0001398

EXHIBIT 7

**Withdrawal**

(Check One) ☐ Checking ☐ Savings ☐ Money Market Access ☐ Command

3561

**WELLS FARGO**

Account Number

\*

Date 04/17/14

Please print. Name
**Elvira Kudryashova.**
Please print  Street Address, City  State  Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below
Please sign in teller's presence  Two forms of ID may be required.

x _K___

~~fourty thousand~~ —————————————  **Dollars**   $ 40,000.—

Bank Use Only  When SVT Is Not Available.  TLR#SAK  76 14  #ra-14  12461278

transfer to 6004

| Customer ID | Exp. Date | Token Verified  ✓ ☐ | Approval |
|---|---|---|---|

WELLS FARGO BANK NA ENT
20140417 E0017  PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 04/17/2014 | 3561 | $40,000.00 | | |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| | DB | | | |

Page 12

WF0001399

EXHIBIT 7

# Withdrawal

3562

**WELLS FARGO**

(Check One)   ☐ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**\***   Account Number _____   Date  04/17/14

Please print  Name
**Elvira Kudryashova**

Please print  Street Address, City, State / Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below
Please sign in teller's presence.  Two forms of ID may be required.

x _____

Twenty five thousand _____ Dollars

$ 25000 —

Bank Use Only , When S /T is Not Avail

transfer to booy

| Customer Id | Exp date | Token verified (✓) ☐ | Approval |
|---|---|---|---|

WELLS FARGO BANK NA ENT
20140417 E0017  PKT 64

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 04/17/2014 | 3562 | $25,000.00 | | |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| | DB | | | |

Page 13

WF0001400

EXHIBIT 7

**Deposit:**

(Check One)   ✓ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

\* Account Number ████████████   Date **04/28/14**

Cash

Total Checks

Subtotal

Minus cash back

Total $

Deposits may not be available
for immediate withdrawal.
See Delayed posting
information
on reverse

Please print Name   **Elvira Kudryachova**

Please print Street Address  City  State  Zip Code

Please sign in teller's presence for cash received.  Two forms of ID may be required for cash
back transactions.

X

Bank Use Only when SvT is Not Available:

| Customer Id | Exp date | Token Verified /1 ☐ | Approval |
|---|---|---|---|

████████████████████████

$2.00   04/28/14   02:03PM
36 0000645 010011B
FT ████████████████████

WELLS FARGO BANK NA EMT
20140428 E0022  PKT 04

████████████████

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 04/28/2014 | 775270989 | $2.00 | ████ | ████ |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| ████ | CR | ████████ | | |

Page 14

WF0001401

EXHIBIT 7

# Withdrawal / Retiro:

**9859**

**WELLS FARGO**

(Check One / Marque Uno)   ☑ Checking / Cuenta de Cheques   ☐ Savings / Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number:

\* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 04/28/14

I authorize this withdrawal and acknowledge receipt of the amount indicated below.

Please print Name - Letra de molde Nombre

**Elvira Kudryashova**

Please print Street Address, City, State, zip code - nombre de molde de Domicilio, Ciudad, Estado, Código Postal

Please sign in teller's presence

Two forms of ID may be required.

X _____

**Two dollars**                           $ — 2.—

Dollars

| Bank Use Only When SVT is Not Available. | | | |
|---|---|---|---|
| Customer id | Exp date | Token Verified (✓) | Approval |

closing balance
Transfer to personal

WELLS FARGO BANK NA EMT
20140428 E0022 PKT 04

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|---|---|---|---|---|
| 04/28/2014 | 9859 | $2.00 | ▮▮▮ | ▮▮▮ |
| **Item Sequence** | **Debit/Credit** | **Image Key** | **CD Volume** | |
| ▮▮▮ | DB | ▮▮▮ | | |

Page 15

WF0001402

EXHIBIT 7

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL

# EXHIBIT 10

# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15

# FILED UNDER SEAL

# EXHIBIT 16

# FILED UNDER SEAL

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 18

# FILED UNDER SEAL

# EXHIBIT 19

# FILED UNDER SEAL

# EXHIBIT 20

# FILED UNDER SEAL

# EXHIBIT 21

# FILED UNDER SEAL

# EXHIBIT 22

# FILED UNDER SEAL

# EXHIBIT 23

# FILED UNDER SEAL



439 N. Canon Drive, Suite 220
Beverly Hills, CA 90210

Phone:  (310) 288-0110
Fax:  (310) 288-0111

### MASTER FINAL SETTLEMENT STATEMENT

**PROPERTY:** 606 N. Alta Drive
Beverly Hills, CA 90210

**BUYER:** Candian International LTD

**CLOSING DATE:** March 15, 2012

**SELLER:** The Kenneth Paul Tanner and Wendi Kunin
Tanner Revocable Trust dated July 29, 2008

**ESCROW NO.:** 500-005257-MF

| SELLER DEBITS | CREDITS | | BUYER DEBITS | CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 5,450,000.00 | Total Consideration | 5,450,000.00 | |
| | | Deposit from CIE Privee De conseilis ET FBO | | 163,492.50 |
| | | Canadian International | | |
| | | Deposit from Chabrier & Associates | | 5,366,212.53 |
| | | **PAYOFF CHARGES - Kinecta Federal Credit Union** | | |
| | | **[Total Payoff $3,554,874.69]** | | |
| 3,545,835.53 | | Principal Balance | | |
| 8,952.16 | | Interest on Principal Balance at 5.7500% from 03/01/2012 thru 03/15/2012 | | |
| 42.00 | | Statement Fee | | |
| 45.00 | | Reconveyance Fee | | |
| | | **PAYOFF CHARGES - Wells Fargo** | | |
| | | **[Total Payoff $1,001,198.71]** | | |
| 996,347.46 | | Principal Balance | | |
| 4,757.25 | | Interest on Principal Balance thru 03/15/2012 | | |
| 10.00 | | Fax Fee(s) | | |
| 30.00 | | Statement Fee | | |
| 54.00 | | Reconveyance Fee | | |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 9,714.69 | | Taxes at $23315.26/semi-annually from 01/01/2012 thru 03/15/2012 | | 9,714.69 |
| | 51,426.00 | PER DIEM PENALTY at $8571.00/daily from 03/09/2012 thru 03/14/2012 | 51,426.00 | |
| | | **COMMISSION CHARGES** | | |
| 80,000.00 | | Keller Williams Realty | | |
| 136,250.00 | | Hilton & Hyland | | |
| 40,000.00 | | Westside Estate Agency | | |
| | | **OTHER DEBITS/CREDITS** | | |
| 133.50 | | Property ID | | |
| 412.50 | | Team Rid A Mite and Pest Control | | |
| 965.00 | | BPG | | |
| 15.00 | | 1099 filing fee filing 1099 with IRS & FTB | | |
| 15.00 | | EStorage permanent file storage | 15.00 | |
| 30.00 | | Wire Transfer Fee CNB charge for wire transfer of proceeds | | |
| 16.50 | | messenger/overnight fee reimbursement for messenger/overnight fees | | |
| | | **TITLE/TAXES/RECORDING CHARGES - First American Title Company** | | |
| | | Owners Title Policy | 5,889.00 | |
| 5,889.00 | | Buyer's off-set credit for Owners Title Policy | | 5,889.00 |
| 125.00 | | Sub Escrow Fee | | |
| 45.00 | | Wire Fee | | |
| | | Recording Grant Deed | 22.00 | |
| | | Documentary Transfer Tax | 5,995.00 | |
| 5,995.00 | | Buyer's off-set credit for Documentary Transfer Tax | | 5,995.00 |
| | | 2nd installment 2011-2012 | 23,315.25 | |
| | | **ESCROW CHARGES - Granite Escrow Services** | | |
| 9,787.50 | | Escrow Fee | 9,787.50 | |
| | 4,087.50 | Professional Courtesy Discount | | 4,087.50 |

GE0000005

EXHIBIT 24



439 N. Canon Drive, Suite 220
Beverly Hills, CA 90210

Phone: (310) 288-0110
Fax: (310) 288-0111

Mark Fishman
Escrow Officer

Date: February 8, 2012
Escrow No.: 500-005257-MF

AMENDED ESCROW INSTRUCTIONS

Property Address:     606 N. Alta Drive, Beverly Hills, CA 90210

THE ABOVE NUMBERED ESCROW IS HEREBY AMENDED AND/OR SUPPLEMENTED AS
FOLLOWS:

(1)     **BUYER'S VESTING:** Candian International LTD, a BVI Limited Company

(2)     **PROPERTY ADDRESS:** 606 N. Alta Drive, Beverly Hills, CA 90210

(3)     **LEGAL DESCRIPTION:** Lot 3 of Block 111, in the City of Beverly Hills, County of Los Angeles,
        State of California, as per Map recorded in Book 85, Pages 86 to 92 inclusive of Maps, in the
        Office of the County Recorder of said County.

(4)     **RECEIPT OF REQUIRED DOCUMENTATION:** Buyer and Seller hereby acknowledge that they
        have received all requested and/or required documents in this transaction and that any and all
        contingencies as set forth in this transaction have been satisfied and are therefore removed in
        their entirety. Escrow Holder is hereby instructed to proceed with the closing of this escrow.

**ALL OTHER TERMS AND CONDITIONS TO REMAIN THE SAME.**

**Sellers:**                                                              **Buyers:**

The Kenneth Paul Tanner and Wendi Kunin Tanner      Candian International LTD, a California Limited
Revocable Trust dated July 29, 2008                            Partnership

BY: _____               By: _____
        Kenneth Paul Tanner, Trustee                                       Marc Gillieron, Authorized Signer

BY: _____
        Wendi Kunin Tanner, Trustee

GE0000199

EXHIBIT 25