JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, | Case No. CV 15-2628 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VICTOR KHRAPUNOV, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 23rd day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge