LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Manny A. Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
    *julie.gerchik@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>    Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>    Defendants. | Case No.: CV15-2628-FMO-CW<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**<br><br>Action Filed: April 15, 2015 |

Notice is hereby given pursuant to Ninth Circuit Rule 10-3.1(c) that no transcripts will be ordered in connection with Plaintiff the City of Almaty's appeal to the United States Court of Appeals for the Ninth Circuit, no. 15-56628, because no trial or hearing was held in the above-captioned case.

Dated: November 19, 2015

    LATHAM & WATKINS LLP
      David J. Schindler
      Manny A. Abascal
      Julie R. F. Gerchik

    By: /s/ David J. Schindler
    Attorneys for Plaintiff the City of Almaty

DC\4142594.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On November 19, 2015, I served the following document described as:

**Notice Pursuant to Ninth Circuit Rule 10-3.1(c)**

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Jan L. Handzlik, APC
515 South Flower Street, 36th Floor
Los Angeles, CA 90071-2221

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2015, at Los Angeles, California.

_____
Yvonne Gutierrez