**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF ALMATY, a foreign state, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ELVIRA KHRAPUNOV, an individual, AKA Elvira Balmadani, AKA Elvira Kudryashova; et al., <br><br> Defendants-Appellees. | No.   15-56627 <br><br> D.C. No. <br> 2:14-cv-03650-FMO-CW <br> Central District of California, Los Angeles <br><br><br> ORDER |
| CITY OF ALMATY, a foreign state, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> VIKTOR KHRAPUNOV, an individual; et al., <br><br> Defendants-Appellees. | No.   15-56628 <br><br> D.C. No. <br> 2:15-cv-02628-FMO-CW <br> Central District of California, Los Angeles |

Before: PREGERSON, PAEZ, and BERZON, Circuit Judges.

Defendants-Appellees' motions for an extension of time to file petitions for rehearing and petitions for rehearing en banc are GRANTED. The petitions for rehearing and petitions for rehearing en banc are due on or before May 11, 2017.